**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                            MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −11)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 293 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 26, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio
By: */s/Robert Pitts*
Deputy Clerk



IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  MDL No. 2804

## SCHEDULE CTO−11 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 18−00089 | The State of Alabama v. Purdue Pharma L.P. et al (JOINT ASSIGN) |
| **ALABAMA NORTHERN** | | | |
| ALN | 4 | 18−00226 | Marshall County, Alabama et al v. Purdue Pharma L P et al |
| ALN | 5 | 18−00230 | Cullman County, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALN | 5 | 18−00243 | Lawrence County, Alabama v. Amerisourcebergen Drug Corporation et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 3 | 18−00015 | UNIFIED GOVERNMENT OF ATHENS−CLARKE COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GAM | 3 | 18−00016 | OCONEE COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **GEORGIA SOUTHERN** | | | |
| GAS | 1 | 18−00029 | Augusta, Georgia v. Amerisourcebergen Drug Corporation et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 18−00378 | CITY OF BLOOMINGTON and MONROE COUNTY v. PURDUE PHARMA L.P. et al |
| **MINNESOTA** | | | |
| MN | 0 | 18−00350 | Hennepin County v. Purdue Pharma L.P. et al |
| **NORTH CAROLINA EASTERN** | | | |

| | | | |
|---|---|---|---|
| NCE | 7 | 18−00021 | Brunswick County v. AmerisourceBergen Drug Corporation et al |

**NORTH CAROLINA WESTERN**

| | | | |
|---|---|---|---|
| NCW | 3 | 18−00071 | Mecklenburg County v. Purdue Pharma L.P. et al |

**NORTH DAKOTA**

| | | | |
|---|---|---|---|
| ND | 1 | 18−00027 | Standing Rock Sioux Tribe v. Purdue Pharma L.P. et al |

**TEXAS EASTERN**

| | | | | |
|---|---|---|---|---|
| Opposed 2/20/18 | ~~TXE~~ | ~~4~~ | ~~18−00095~~ | ~~Delta County of v. AmerisourceBergen Corporation et al~~ |
| Opposed 2/20/18 | ~~TXE~~ | ~~6~~ | ~~18−00064~~ | ~~County of Van Zandt v. Purdue Pharma, L.P., et al~~ |

**TEXAS NORTHERN**

| | | | |
|---|---|---|---|
| TXN | 1 | 18−00023 | Haskell County TX v. Purdue Pharma LP, et al |
| TXN | 2 | 18−00031 | County of Childress v. Purdue Pharma LP et al |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| TXS | 5 | 18−00021 | La Salle County v. Purdue Pharma, L.P. |

**WASHINGTON WESTERN**

| | | | |
|---|---|---|---|
| WAW | 2 | 18−00225 | King County v. Purdue Pharma, LP et al |

**WEST VIRGINIA SOUTHERN**

| | | | |
|---|---|---|---|
| WVS | 2 | 18−00251 | The City of Charleston, West Virginia v. Rite Aid of Maryland, Inc. et al |
| WVS | 3 | 18−00280 | The Town of Fort Gay, West Virginia v. Rite Aid of Maryland, Inc. et al |
| WVS | 5 | 17−04579 | Summers County Commission v. Rite Aid of Maryland, Inc. |